# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**CASHMAN EQUIPMENT CORP.**

*Plaintiff*

v.

Civil Action No.:
**1:21–CV–10862–RGS**

**EMCS CARIBBEAN LTD, ET AL.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    EMCS CARIBBEAN, LTD.
    TORTOLA, BRITISH VIRGIN ISLANDS

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Stephen W. Rider, Esq.
    350 Lincoln Street - Suite 2400
    Hingham, Massachusetts 02043 USA

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

 **/s/ – Casey Baker**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2021–05–25 09:04:03**, Clerk USDC DMA

Civil Action No.: **1:21–CV–10862–RGS**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


_____        _____
             Date                                                *Server's Signature*

                                                _____
                                                              *Printed name and title*

                                                _____
                                                                *Server's Address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT CIRCUIT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASHMAN EQUIPMENT CORP. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: Case 1:21-cv-10862 |
| ) | |
| EMC$^S$ CARIBBEAN LTD., CRAIG ) | |
| NOBLETT, NERVIN WHEATLEY, and ) | |
| ASHBURN HARRIGAN, ) | |
| ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |

## AFFIDAVIT OF SERVICE UPON DEFENDANT EMCs CARIBBEAN LTD.

**Comes now Stanton Grazette, who, upon oath, states the following:**

1. I am over the age of eighteen and authorized to serve process in the British Virgin Islands.

2. In the matters detailed herein, I was acting as agent for Dan Wise, Esq., a solicitor admitted to practice in the British Virgin Islands and thus a competent person within the meaning of Article 10(b) of the 1965 Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the Hague Service Convention).

3. Mr. Wise was in turn acting at the request of Aaron Lukken, Esq. of Kansas City, Missouri, himself instructed by plaintiff's counsel, Scott Brownell, Esq.

4. On Friday, August 23, 2021, I was instructed by Mr. Wise, through his office, to serve upon the first defendant, EMC$^S$ CARIBBEAN LTD., the following documents:

- Hague Service Convention Warning
- Hague Service Convention Summary of the Document to Be Served
- Summons in a Civil Action, issued May 25, 2021
- Complaint (With Jury Demand), filed May 24, 2021

5. According to plaintiff's counsel, the defendant's address is in care of its registered agent, SHRM TRUSTEES (BVI) LIMITED, Trinity Chambers, P.O. Box 4301 Road Town, Road Town, Tortola VG1110, British Virgin Islands. A copy of the defendant's registry report is attached hereto as Exhibit A.

6. At approximately 4:17 pm on Friday, August 23, 2021, I attended the reported address with the intention of completing service upon EMC$^S$ CARIBBEAN LTD.

7. Upon my arrival, I spoke with a woman who identified herself as Aliza Tyson, Corporate & Fiduciary Manager of SHRM TRUSTEES (BVI) LIMITED. Ms. Tyson is described as a lady of black ethnicity, approximately 5' 7" and of medium build.

8. I handed Ms. Tyson the above-listed documents, which she accepted. She signed a receipt for service, attached hereto as Exhibit B.

9. I believe service in this matter to have been effected according to the laws of the British Virgin Islands, and thus in accordance with Article 10(b) of the Hague Service Convention.

I swear that the foregoing statements are true to the best of my knowledge.

Respectfully submitted,

Stanton Grazette
Process Server
O'Neal Webster
181 Main Street
Road Town, VG1110, BVI

Subscribed and sworn before me on August 30, 2021
at Road Town, Tortola, British Virgin Islands

Christopher Simpson
Notary Public
My commission expires January 31, 2022




**EXHIBIT A**



BVI Financial Services Commission, Registry of Corporate Affairs
# Register of Companies Search Report

**Date of Search :** 20/08/2021
This search is accurate as at the Search Date above.

| | |
|---|---|
| **Company Name :** | EMCS Caribbean Ltd |
| **Company Number :** | 1551771 |
| **Company Type :** | BC New Incorporation |
| **Date of Incorporation / Registration :** | 13/10/2009 |

### Current Status :

| | |
|---|---|
| Status Description: | Active |
| Status Date: | 13/10/2009 |
| Current Registered Agent: | SHRM TRUSTEES (BVI) LIMITED |
| Current Registered Agent Address: | Trinity Chambers<br>P.O. Box 4301<br>Road Town<br>Tortola<br>VIRGIN ISLANDS, BRITISH |
| Current Registered Agent Phone Number: | 284-494-8445 |
| Current Registered Agent Fax Number: | 284-494-8729 |
| Current Registered Office : | Trinity Chambers<br>P.O. Box 4301<br>Road Town<br>Tortola<br>VIRGIN ISLANDS, BRITISH |
| Telephone: | |
| Agent Fax: | |
| Director Register Type : | Private |

### Share/Capital Information:

Maximum Number of Shares the company is authorized to issue:   50,000
Ability to Issue Bearer Shares:   No

### Previous Names History

| S.No | Previous Name | Foreign Character Name | Date Range or Cease Date From | To |
|---|---|---|---|---|
| 1 | EMCS Caribbean Ltd | | 13/10/2009 | |

### Transaction History

| S.No | Date | Transaction Number | Description | Status | Eforms/Attachments |
|---|---|---|---|---|---|
| 1 | 02/10/2009 | T090548867 | Name Reservation (10 days) | Approved | Name Reservation (10 days) |
| 2 | 13/10/2009 | T090565324 | Application for Incorporation (BC) | Approved | Application for Incorporation (BC)<br>Memorandum and Articles of the Company |
| 3 | 26/11/2010 | T100811302 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 4 | 15/06/2011 | T110454488 | Request for Certificate of | Approved | Request for Certificate of Good |

| S.No | Date & Transaction No. | Type | Status | Description |
|---|---|---|---|---|
| 5 | 23/11/2011 T110814592 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 6 | 03/04/2012 T120161307 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 7 | 16/11/2012 T120789073 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 8 | 11/09/2013 T130607430 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 9 | 06/11/2013 T130727607 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 10 | 14/11/2013 T130768802 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 11 | 09/04/2014 T140182471 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 12 | 09/09/2014 T140615280 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 13 | 19/11/2014 T140803518 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 14 | 08/06/2015 T150457424 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 15 | 17/09/2015 T150640845 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 16 | 30/09/2015 T150662692 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 17 | 16/11/2015 T150792792 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 18 | 25/08/2016 T160586966 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 19 | 29/11/2016 T161105428 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 20 | 27/03/2017 T170473807 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 21 | 28/03/2017 T170486670 | Register of Members or Directors | Approved | Register of Directors |
| 22 | 17/11/2017 T171250891 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 23 | 14/05/2018 T180353299 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 24 | 15/11/2018 T180908076 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 25 | 02/07/2019 T190487044 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 26 | 19/07/2019 T190521821 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 27 | 27/11/2019 T190849780 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 28 | 01/09/2020 T200532164 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 29 | 13/11/2020 T200711829 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 30 | 22/12/2020 T200844072 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |

Certificate History

| S.No | Transaction No. | Type of Certificate | Date of Filing |
|---|---|---|---|
| 1 | T090565324 | Certificate of Incorporation (Original) | 13/10/2009 |
| 2 | T110454488 | Certificate of Good Standing | 15/06/2011 |
| 3 | T120161307 | Certificate of Good Standing | 03/04/2012 |
| 4 | T130607430 | Certificate of Good Standing | 11/09/2013 |
| 5 | T130727607 | Certificate of Good Standing | 06/11/2013 |
| 6 | T140182471 | Certificate of Good Standing | 09/04/2014 |
| 7 | T140615280 | Certificate of Good Standing | 09/09/2014 |
| 8 | T150457424 | Certificate of Good Standing | 08/06/2015 |
| 9 | T150640845 | Certificate of Good Standing | 17/09/2015 |
| 10 | T150662692 | Certificate of Good Standing | 30/09/2015 |
| 11 | T160586966 | Certificate of Good Standing | 25/08/2016 |
| 12 | T170473807 | Certificate of Good Standing | 27/03/2017 |
| 13 | T180353299 | Certificate of Good Standing | 14/05/2018 |
| 14 | T190487044 | Certificate of Good Standing | 02/07/2019 |

| 15 | T190521821 | Certificate of Good Standing | 19/07/2019 |
| 16 | T200532164 | Certificate of Good Standing | 01/09/2020 |
| 17 | T200844072 | Certificate of Good Standing | 22/12/2020 |

**DISCLAIMER:**

Although care has been taken to ensure the accuracy, completeness and reliability of the information provided through the use of this service ("the Information"), neither the Registrar of Corporate Affairs ("the Registrar") nor the Financial Services Commission ("the Commission") assumes any responsibility for the accuracy, completeness and reliability of the Information. This report does not reflect any transactions that may be submitted and not yet registered, or other changes for which the Registrar has not received notice. The user of the Information agrees that the Information is subject to change without notice, and neither the Registrar nor the Commission is responsible for any discrepancies that may result if a transaction is approved for filing after the issuance of this report. Neither the Registrar nor the Commission assumes any responsibility for the consequences of use of the Information, nor for any infringement of third party intellectual property rights which may result from its use. In no event shall the Commission or the Registrar be liable for any direct, indirect, special or incidental damage resulting from, arising out of or in connection with the use of the Information.

**EXHIBIT B**



www.**onealwebster**.com

# ACKNOWLEDGMENT OF RECEIPT

**CASE NO. 1:21-cv-10862**

CASHMAN EQUIPMENT CORP.

**Plaintiff**

*against*

EMCs CARIBBEAN LTD., CRAIG NOBLETT, NERVIN WHEATLEY, and ASHBURN HARRIGAN

**Defendants**

**DOCUMENTS SERVED:**
a. **Warning Notice to EMCs Caribbean Ltd;**
b. **Summary of the document to be served;**
c. **Summons in a Civil Action filed May 25, 2021; and**
d. **Complaint (With Jury Demand) filed May 24, 2021;**

**SERVED ON:** **EMCs CARIBBEAN LTD**

**REGISTERED AGENT:** SHRM TRUSTEES (BVI) LIMITED, Trinity Chambers, P.O. Box 4301 Road Town, Tortola, British Virgin Islands

**REGISTERED OFFICE:** Trinity Chambers, P.O. Box 4301, Road Town, Tortola, British Virgin Islands

**PLACE OF SERVICE:** SHRM TRUSTEES (BVI) LIMITED, Trinity Chambers, P.O. Box 4301 Road Town, Tortola, British Virgin Islands

**SERVED BY:** Stanton Grazette

**DATE:** August 23, 2021        **TIME:** 4:17 am/**pm**

**RECEIVED BY:** _(signature)_

**NAME:** Aliza Tyson (please print)

**POSITION:** Corporate & Fiduciary Manager