## UNITED STATES DISTRICT CIRCUIT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASHMAN EQUIPMENT CORP. <br><br> Plaintiff <br><br> v. <br><br> EMC$^S$ CARIBBEAN LTD., CRAIG NOBLETT, NERVIN WHEATLEY, and ASHBURN HARRIGAN <br><br> Defendants | **Civil Action No.: Case 1:21-cv-10862** |

### AFFIDAVIT OF SERVICE UPON DEFENDANT, CRAIG NOBLETT,

**Comes now Ripton Jack, who, upon oath, states the following:**

1.     I am over the age of eighteen and authorized to serve process in the British Virgin Islands.

2.     In the matters detailed herein, I was acting as agent for Dan Wise, Esq., a solicitor admitted to practice in the British Virgin Islands and thus a competent person within the meaning of Article 10(b) of the 1965 Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the Hague Service Convention).

3.     Mr. Wise was in turn acting at the request of Aaron Lukken, Esq. of Kansas City, Missouri, himself instructed by plaintiff's counsel, Scott Brownell, Esq.

4.     On Monday, August 23, 2021, I was instructed by Mr. Wise, through his office, to serve upon the second defendant, CRAIG NOBLETT, the following documents:

- Hague Service Convention Warning
- Hague Service Convention Summary of the Document to Be Served
- Summons in a Civil Action, issued May 25, 2021
- Complaint (With Jury Demand), filed May 24, 2021

5.      At approximately 8:50 am on Tuesday, September 14, 2021, I attended the offices of EMC$^S$

CARIBBEAN LTD which is located at Manual Reef, Sea Cow's Bay, Tortola, British Virgin Islands with

the intention of completing service upon Craig Noblett. On my arrival, and having entered the office

premises, I inquired with one of the staff in the reception area as to where I could find Mr. Noblett as I was

there to serve him. Mr. Noblett was pointed out to me. I approached Mr. Noblett, who was sitting at his

table where I had come in.

Mr. Noblett said to me he wasn't accepting the papers. I placed the documents listed in paragraph 4 above

on a table in front of Mr. Noblett and informed him that he had been served.

6.      Mr. Noblett is a male of white ethnicity and is of average build.

7.      Mr. Noblett did not sign a receipt for service.

8.      I believe service in this matter to have been effected according to the laws of the British Virgin

Islands, and thus in accordance with Article 10(b) of the Hague Service Convention.


I swear that the foregoing statements are true to the best of my knowledge.


Respectfully submitted,


Ripton Jack
Process Server



Subscribed and sworn before me on September 23, 2021
at Road Town, Tortola, British Virgin Islands


Asha Johnson
Notary Public
My commission expires January 31, 2022



