UNITED STATES DISTRICT CIRCUIT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASHMAN EQUIPMENT CORP. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>EMC$^S$ CARIBBEAN LTD., CRAIG )<br>NOBLETT, NERVIN WHEATLEY, and )<br>ASHBURN HARRIGAN )<br>)<br>)<br>Defendants )<br>)<br>) | Civil Action No.: Case 1:21-cv-10862 |

## AFFIDAVIT OF SERVICE UPON DEFENDANT, ASHBURN HARRIGAN

**Comes now Ripton Jack, who, upon oath, states the following:**

1. I am over the age of eighteen and authorized to serve process in the British Virgin Islands.

2. In the matters detailed herein, I was acting as agent for Dan Wise, Esq., a solicitor admitted to practice in the British Virgin Islands and thus a competent person within the meaning of Article 10(b) of the 1965 Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the Hague Service Convention).

3. Mr. Wise was in turn acting at the request of Aaron Lukken, Esq. of Kansas City, Missouri, himself instructed by plaintiff's counsel, Scott Brownell, Esq.

4. On Monday, August 23, 2021, I was instructed by Mr. Wise, through his office, to serve upon the second defendant, ASHBURN HARRIGAN, the following documents:

   - Hague Service Convention Warning
   - Hague Service Convention Summary of the Document to Be Served
   - Summons in a Civil Action, issued May 25, 2021
   - Complaint (With Jury Demand), filed May 24, 2021

5. On the morning of Tuesday, September 14, 2021, I called Mr. Harrigan via telephone and arranged to meet him at the Pier Park in Road Town in order to serve him the documents. At approximately 9:35 am that morning in the parking lot of the Pier Park in Road Town, Tortola British Virgin Islands, I served Mr. Harrigan with the documents listed at paragraph 4 above by handing the documents to him.

6. Mr. Harrigan is known to me personally. He is a male of black ethnicity, approximately 6' 1" and is of slender build.

7. Mr. Harrigan did not sign a receipt for service.

8. I believe service in this matter to have been effected according to the laws of the British Virgin Islands, and thus in accordance with Article 10(b) of the Hague Service Convention.

I swear that the foregoing statements are true to the best of my knowledge.

Respectfully submitted,

Ripton Jack
Process Server

Subscribed and sworn before me on September 25, 2021
at Road Town, Tortola, British Virgin Islands

Asha Johnson
Notary Public
My commission expires January 31, 2022



British Virgin Islands