## UNITED STATES DISTRICT CIRCUIT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASHMAN EQUIPMENT CORP.               ) | |
|                      Plaintiff         ) | |
| v.                                                               ) | Civil Action No.: Case 1:21-cv-10862 |
| EMC$^S$ CARIBBEAN LTD., CRAIG      )<br>NOBLETT, NERVIN WHEATLEY, and  )<br>ASHBURN HARRIGAN                       ) | |
|                      Defendants    ) | |

### AFFIDAVIT OF SERVICE UPON DEFENDANT, NERVIN WHEATLEY

**Comes now Ripton Jack, who, upon oath, states the following:**

1. I am over the age of eighteen and authorized to serve process in the British Virgin Islands.

2. In the matters detailed herein, I was acting as agent for Dan Wise, Esq., a solicitor admitted to practice in the British Virgin Islands and thus a competent person within the meaning of Article 10(b) of the 1965 Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the Hague Service Convention).

3. Mr. Wise was in turn acting at the request of Aaron Lukken, Esq. of Kansas City, Missouri, himself instructed by plaintiff's counsel, Scott Brownell, Esq.

4. On Monday, August 23, 2021, I was instructed by Mr. Wise, through his office, to serve upon the second defendant, NERVIN WHEATLEY, the following documents:

   - Hague Service Convention Warning
   - Hague Service Convention Summary of the Document to Be Served
   - Summons in a Civil Action, issued May 25, 2021
   - Complaint (With Jury Demand), filed May 24, 2021

5. On the morning of Tuesday, September 14, 2021, I met Mr. Wheatley at VI Motors Gas Station. I told him I had documents to serve him. He asked me to meet him outside his office in Road Reef, Road Town as he was going to his office after purchasing gas. At approximately 9:15 am at Road Reef, Road Town, Tortola, British Virgin Islands, I served Mr. Wheatley with the documents listed in paragraph 4 above by handing the documents to him outside his office.

6. Mr. Wheatley is known to me personally. He is a male of black ethnicity, approximately 5' 9" and of medium build.

7. Mr. Wheatley did not sign a receipt for service.

8. I believe service in this matter to have been effected according to the laws of the British Virgin Islands, and thus in accordance with Article 10(b) of the Hague Service Convention.

I swear that the foregoing statements are true to the best of my knowledge.

Respectfully submitted,

Ripton Jack
Process Server

Subscribed and sworn before me on September 23, 2021
at Road Town, Tortola, British Virgin Islands

Asha Johnson
Notary Public
My commission expires January 31, 2022


