UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CASHMAN EQUIPMENT CORP.**,<br><br>　　*Plaintiff*,<br>vs.<br><br>**EMCS CARIBBEAN LTD., CRAIG NOBLETT, NERVIN WHEATLEY, and ASHBURN HARRIGAN,**<br><br>　　*Defendants*. | Civil Action No.  1:21-cv-10862-RGS |

## PROOF OF SERVICE

NOW COMES Scott D. Brownell, counsel for Plaintiff, Cashman Equipment Corp., who submits this sworn statement as proof of service upon Defendant, EMCS Caribbean, Ltd., as required by this Court's directive included within Rec. Doc. 15.

1.

Undersigned has personal knowledge of the facts set forth herein.

2.

That on the 12th day of October, 2021, he personally caused to be served by international registered mail, copies of Rec. Doc. 15, *Notice of Default* (including a copy of the CM/ECF email transmitting same), upon EMCS Caribbean Ltd., in compliance with Fed.R.Civ.Pro. 5(b)(2)(C).  A copy of the documents served and the United States Postal Service Form 3806, Registered Mail Receipt are attached hereto as Exhibit "1."

3.

Service was provided to Defendant's registered agent, SHRM Trustees, (BVI) Ltd.  A true and correct copy of the portion of the British Virgin Islands' Register of Companies making this appointment is attached hereto as Exhibit "2."

4.

Pursuant to Fed.R.Civ.Pro. 5(b)(2)(C), service upon EMCs Caribbean, Ltd. was complete upon mailing on October 12, 2021.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 18TH DAY OF OCTOBER, 2021.

   /s/ Scott D. Brownell

Scott D. Brownell (Louisiana Bar #26223)
**SCOTT D. BROWNELL, APLC**
527 E. Boston St., Suite 201
Covington, LA  70433
Phone: (504) 390-1982
Fax:  (985) 387-5087
E-mail: scott@sbrownell.com

Dated: October 20, 2021

*Attorney for Plaintiff Cashman Equipment Corp.*

| Registered No. RE254896793US | | Date Stamp |
|---|---|---|
| Postage $ 11.30 | Extra Services & Fees (continued) | |
| Extra Services & Fees | ☐ Signature Confirmation $ | OCT 12 2021 |
| ☐ Registered Mail $17.15 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ 4.00 | | |
| ☐ Return Receipt (electronic) $ | Total Postage & Fees $ $18.65 | |
| ☐ Restricted Delivery $ | | |
| Customer Must Declare Full Value $0.00 | Received by [signature] 10/12/2021 | Domestic insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

**FROM:**
Scott D. Brownell
527 E. Boston St., Suite 201
Covington, LA 70433

**TO:**
EMCS Caribbean c/o
SHRM Trustees (BVI) Ltd
PO Box 4301, Road Town
Tortola VG1110 BVI

PS Form **3806,** Registered Mail Receipt  Copy 1 - Customer
April 2015, PSN 7530-02-000-9051  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

EXHIBIT 1



**UNITED STATES POSTAL SERVICE.**

COVINGTON
1775 N COLUMBIA ST
COVINGTON, LA 70433-9998
(800)275-8777

10/12/2021                                09:28 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class™ Intl Letter | 1 | | $1.30 |

British Virgin Islands
Weight: 0 lb 0.80 oz
Registered                                $17.15
   Amount: $0.00
   Tracking #:
      RE254896793US
Total                                     $18.45

Grand Total:                              $18.45

Credit Card Remitted                      $18.45
   Card Name: AMEX
   Account #: XXXXXXXXXXXX4002
   Approval #: 883130
   Transaction #: 691
   AID: A0000000025010801        Chip
   AL: AMERICAN EXPRESS
   PIN: Not Required

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
USPS is experiencing unprecedented volume
      increases and limited employee
      availability due to the impacts of
   COVID-19. We appreciate your patience.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Save this receipt as evidence of
insurance. For information on filing an
         insurance claim go to
   https://www.usps.com/help/claims.htm

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cashman Equipment Corp.

    Plaintiff

v.                                                      Civil Action No. 21-10862-RGS

EMCs Caribbean LTD., Craig Noblett,
Nervin Wheatley, and Ashburn Harrigan

    Defendants

## NOTICE OF DEFAULT

Upon application of the plaintiff, Cashman Equipment Corp., for an order of Default for failure of the defendants, EMCs Caribbean LTD., Craig Noblett, Nervin Wheatley, and Ashburn Harrigan, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendants have been defaulted on October 7, 2021.

                                                  Robert M. Farrell,
                                                  Clerk of Court

                                                  By: /s/ Arnold Pacho
Date: October 7, 2021                           Deputy Clerk

## Scott Brownell

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Thursday, October 7, 2021 3:27 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-10862-RGS Cashman Equipment Corp. v. EMCS Caribbean LTD et al Notice: Clerk's Entry of Default |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 10/7/2021 at 4:27 PM EDT and filed on 10/7/2021
**Case Name:** Cashman Equipment Corp. v. EMCS Caribbean LTD et al
**Case Number:** 1:21-cv-10862-RGS
**Filer:**
**Document Number:** 15

Docket Text:
**NOTICE: Clerk's ENTRY OF DEFAULT as to EMCS Caribbean LTD, Ashburn Harrigan, Craig Noblett, Nervin Wheatley. Plaintiff is directed to serve defendants with this notice and provide proof of service on the docket. (Pacho, Arnold)**


**1:21-cv-10862-RGS Notice has been electronically mailed to:**

Stephen W. Rider   stephen.rider@swrpc.com

Scott D. Brownell   scott@sbrownell.com

**1:21-cv-10862-RGS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/7/2021] [FileNumber=9528067-0

1

] [a770ac1bb9a2531622c9b88420f0cbfa6e5f8c11e0fa724b8934e0d0392648a1370a2cf906bc5475e0332a6b4d3ffa16f5986b73f65d8ec901ef825b256226aa]]



# BVI Financial Services Commission, Registry of Corporate Affairs
## Register of Companies Search Report

**Date of Search:** 20/08/2021
This search is accurate as at the Search Date above.

**Company Name:** EMCS Caribbean Ltd

**Company Number:** 1551771

**Company Type:** BC New Incorporation  **Date of Incorporation / Registration:** 13/10/2009

### Current Status
Status Description: Active
Status Date: 13/10/2009
Current Registered Agent: SHRM TRUSTEES (BVI) LIMITED

Current Registered Agent Address:
Trinity Chambers
P.O. Box 4301
Road Town
Tortola
VIRGIN ISLANDS, BRITISH

Current Registered Agent Phone Number: 284-494-8445
Current Registered Agent Fax Number: 284-494-8729

Current Registered Office:
Trinity Chambers
P.O. Box 4301
Road Town
Tortola
VIRGIN ISLANDS, BRITISH

Telephone:
Agent Fax:
Director Register Type: Private

### Share/Capital Information:
Maximum Number of Shares the company is authorized to issue: 50,000
Ability to Issue Bearer Shares: No

### Previous Names History

| S.No | Previous Name | Foreign Character Name | From | To |
|---|---|---|---|---|
| 1 | EMCS Caribbean Ltd | | 13/10/2009 | |

Date Range or Cease Date

### Transaction History

| S.No | Date | Transaction Number | Description | Status | Eforms/Attachments |
|---|---|---|---|---|---|
| 1 | 02/10/2009 | T090548867 | Name Reservation (10 days) | Approved | Name Reservation (10 days) |
| 2 | 13/10/2009 | T090565324 | Application for Incorporation (BC) | Approved | Application for Incorporation (BC) Memorandum and Articles of the Company |
| 3 | 26/11/2010 | T100811302 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 4 | 15/06/2011 | T110454488 | Request for Certificate of | Approved | Request for Certificate of Goo |

**EXHIBIT 2**

| | | | | |
|---|---|---|---|---|
| | | Goodstanding | | Standing |
| 5 | 23/11/2011 T110814592 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 6 | 03/04/2012 T120161307 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 7 | 16/11/2012 T120789073 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 8 | 11/09/2013 T130607430 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 9 | 06/11/2013 T130727607 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 10 | 14/11/2013 T130768802 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 11 | 09/04/2014 T140182471 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 12 | 09/09/2014 T140615280 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 13 | 19/11/2014 T140803518 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 14 | 08/06/2015 T150457424 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 15 | 17/09/2015 T150640845 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 16 | 30/09/2015 T150662692 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 17 | 16/11/2015 T150792792 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 18 | 25/08/2016 T160586966 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 19 | 29/11/2016 T161105428 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 20 | 27/03/2017 T170473807 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 21 | 28/03/2017 T170486670 | Register of Members or Directors | Approved | Register of Directors |
| 22 | 17/11/2017 T171250891 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 23 | 14/05/2018 T180353299 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 24 | 15/11/2018 T180908076 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 25 | 02/07/2019 T190487044 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 26 | 19/07/2019 T190521821 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 27 | 27/11/2019 T190849780 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 28 | 01/09/2020 T200532164 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 29 | 13/11/2020 T200711829 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 30 | 22/12/2020 T200844072 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |

Certificate History

| S.No | Transaction No. | Type of Certificate | Date of Filing |
|---|---|---|---|
| 1 | T090565324 | Certificate of Incorporation (Original) | 13/10/2009 |
| 2 | T110454488 | Certificate of Good Standing | 15/06/2011 |
| 3 | T120161307 | Certificate of Good Standing | 03/04/2012 |
| 4 | T130607430 | Certificate of Good Standing | 11/09/2013 |
| 5 | T130727607 | Certificate of Good Standing | 06/11/2013 |
| 6 | T140182471 | Certificate of Good Standing | 09/04/2014 |
| 7 | T140615280 | Certificate of Good Standing | 09/09/2014 |
| 8 | T150457424 | Certificate of Good Standing | 08/06/2015 |
| 9 | T150640845 | Certificate of Good Standing | 17/09/2015 |
| 10 | T150662692 | Certificate of Good Standing | 30/09/2015 |
| 11 | T160586966 | Certificate of Good Standing | 25/08/2016 |
| 12 | T170473807 | Certificate of Good Standing | 27/03/2017 |
| 13 | T180353299 | Certificate of Good Standing | 14/05/2018 |
| 14 | T190487044 | Certificate of Good Standing | 02/07/2019 |

| 15 | T190521821 | Certificate of Good Standing | 19/07/2019 |
| 16 | T200532164 | Certificate of Good Standing | 01/09/2020 |
| 17 | T200844072 | Certificate of Good Standing | 22/12/2020 |

**DISCLAIMER:**

Although care has been taken to ensure the accuracy, completeness and reliability of the information provided through the use of this service ("the Information"), neither the Registrar of Corporate Affairs ("the Registrar") nor the Financial Services Commission ("the Commission") assumes any responsibility for the accuracy, completeness and reliability of the Information. This report does not reflect any transactions that may be submitted and not yet registered, or other changes for which the Registrar has not received notice. The user of the Information agrees that the Information is subject to change without notice, and neither the Registrar nor the Commission is responsible for any discrepancies that may result if a transaction is approved for filing after the issuance of this report. Neither the Registrar nor the Commission assumes any responsibility for the consequences of use of the Information, nor for any infringement of third party intellectual property rights which may result from its use. In no event shall the Commission or the Registrar be liable for any direct, indirect, special or incidental damage resulting from, arising out of or in connection with the use of the Information.