

THE LAW OFFICES OF
# Stephen W. Rider, P.C.

350 Lincoln Street - STE 2400
Hingham, MA 02043
Tel. 781.740.1289
Fax 781.207.9160
stephen.rider@swrpc.com

**BY HAND DELIVERY**

November 10, 2021

Civil Clerk
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

      RE:    Cashman Equipment Corp. v. EMCS Caribbean LTD *et al.*
                U.S.D.C. Mass. Docket No. 1:21-cv-10862-RGS

Gentlemen:

I represent the Plaintiff in the above-captioned action, Cashman Equipment Corp.

Enclosed please find one copy of the *Notice of Default* entered on October 7, 2021 in the above-captioned case.

This copy is intended for service on Defendant Ashburn Harrigan, pursuant to the Order of the Court issued with the *Notice of Default*.

Despite our best efforts, we have been unable to find either a office address or an address for the location where this Defendant presently resides. Accordingly, I am hereby delivering the copy intended for Mr. Harrigan to you, the Clerk of the Court, pursuant to the provisions of Fed. R. Civ. Pro. Rule 5(b)(2)(D), which provides: "A paper is served under this rule by: . . . leaving it with the court clerk if the person has no known address."

Thank you for your attention to this matter. Please feel free to call if you have any questions on this matter.

Very truly yours,

*[signature]*

Stephen W. Rider

Enclosure

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cashman Equipment Corp.

    Plaintiff

v.                                          Civil Action No. 21-10862-RGS

EMCs Caribbean LTD., Craig Noblett,
Nervin Wheatley, and Ashburn Harrigan

    Defendants

## NOTICE OF DEFAULT

    Upon application of the plaintiff, Cashman Equipment Corp., for an order of Default for failure of the defendants, EMCs Caribbean LTD., Craig Noblett, Nervin Wheatley, and Ashburn Harrigan, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendants have been defaulted on October 7, 2021.

                                                      Robert M. Farrell,
                                                      Clerk of Court

                                                      By: /s/ Arnold Pacho
Date: October 7, 2021                             Deputy Clerk