UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CASHMAN EQUIPMENT CORP.,** ) <br>  ) <br> *Plaintiff,* ) <br> vs. ) <br>  ) Civil Action No. 1:21-cv-10862-RGS <br> **EMCs CARIBBEAN LTD., CRAIG** ) <br> **NOBLETT, NERVIN WHEATLEY, and** ) <br> **ASHBURN HARRIGAN,** ) <br>  ) <br> *Defendants.* ) | |

## AFFIDAVIT OF SERVICE

I, the undersigned Stephen W. Rider, Esq., do upon my oath depose and say as follows:

1. I am co-counsel to the Plaintiff in this action, Cashman Equipment Corp.

2. On October 7, 2021, the Clerk entered a default against the Defendants pursuant to Fed. R. Civ. Pro. Rule 55(a) for failure to plead or otherwise defend against this action, after service. (Docket Doc. # 15).

3. In connection with the issuance of this default, the Court instructed in the Docket Entry that, "Plaintiff is directed to serve defendants with this notice and provide proof of service on the docket." *Id.*

4. Plaintiff was successful in serving the corporate Defendant EMCs Caribbean, Ltd. *See* Docket Entry No. 17.

5. Despite diligent efforts, Plaintiff has been unable to locate a known business or personal address for any of the three individual Defendants Noblett, Wheatly and Harrigan.

- 2 -

6.	Accordingly, pursuant to Fed. R. Civ. Pro. Rule 5(b)(2)(D), I caused a copy of the Notice of Default to be delivered to the Clerk of Court for each individual.  *See* Docket Entry # 18 through # 20.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 12TH DAY OF NOVEMBER, 2021.

|  |  |
|---|---|
|  | */s/ Stephen W. Rider* |
|  | Stephen W. Rider, Esq., BBO # 419820 |
|  | Stephen W. Rider, P.C. |
|  | 350 Lincoln Street – Suite 2400 |
|  | Hingham, MA 02043 |
|  | Tel:  781-740-1289 |
|  | Fax:  781-207-9160 |
| Dated: November 12, 2021 | Email: stephen.rider@swrpc.com |

- 3 -

## CERTIFICATE OF SERVICE

I, Stephen W. Rider, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon all the non-registered Defendants, who have not been defaulted, by mail.

        /s/ Stephen W. Rider    .
Stephen W. Rider