UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CASHMAN EQUIPMENT CORP.**<br><br>*Plaintiff,*<br>vs.<br><br>**EMC$^S$ CARIBBEAN LTD., CRAIG NOBLETT, NERVIN WHEATLEY, and ASHBURN HARRIGAN**<br><br>*Defendants.* | Civil Action No. 1:21-cv-10862-RGS |

## **DEFAULT JUDGMENT**

Stearns, J.,

Defendants EMCs Caribbean Ltd., Craig Noblett, Nervin Wheatley and Ashburn Harrigan, having failed to plead or otherwise defend in this action and defaults against each having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendants owe plaintiff the sum of $3,636,691.29, that no defendant is an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $402.00.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendants EMCs Caribbean Ltd., Craig Noblett, Nervin Wheatley and Ashburn Harrigan, jointly and severally the principal amount of $3,636,691.29, with costs in the amount of $402.00, and prejudgment interest at the rate of 6% per annum from May 9, 2020 to February 25, 2022 in the

amount of $392,762.66 for a total judgment of $4,029,435.95 with post-judgment interest as provided by law.

                                            By the Court

                                            /s/ **Timothy R. Maynard**
                                            DEPUTY CLERK

Dated **February 28**, 2022

NOTE: The post judgment interest rate effective this date is **1.08** %